```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   RACHEL W. HILL, Bar #151522
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California 93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   SHANTANNA HARRISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:08-cr-00304 LJO |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE HEARING AND SET FOR |
| v. | ) CHANGE OF PLEA; AND ORDER ) |
| SHANTANNA HARRISON, | ) DATE: December 5, 2011 ) TIME: 1:00PM |
| Defendant. | ) JUDGE: Hon. Lawrence J. O'Neill ) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-entitled matter scheduled for October 21, 2011, **may be continued to December 5, 2011, at 1:00 p.m.**, and set for a change of plea.

The continuance is requested due to a combination of factors. An expected change of plea is already on file. Ms. Harrison lives in Louisiana. Due to the time, distance and expense involved, it is the desire of the parties that Ms. Harrison enter her plea and be sentenced on the same day. The continuance would allow for a telephonic interview with the Probation Office for preparation of a Presentence Investigation Report. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case and preparation of a pre-plea sentence report in advance of the next hearing outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: October 18, 2011 /s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: October 18, 2011 /s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
Shantanna Harrison

**O R D E R**

IT IS SO ORDERED.

**Dated: October 18, 2011** /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE